ADAM LEVIN (SBN 156773)
axl@msk.com
TAYLOR S. BALL (SBN 228824)
tsb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant and Counterclaimant TI MEDIA SOLUTIONS INC. (formerly known as QSP, INC.) and Defendant TIME INC.

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Judi Fields, an individual,<br><br>Plaintiff,<br><br>v.<br><br>QSP, INC., a business entity of unknown formation; TIME INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 10 5772 CAS (PJWx)<br><br>Location: Courtroom 5<br>Judge: The Hon. Christina A. Snyder<br><br>**JUDGMENT** |
| TI Media Solutions Inc. (formerly known as QSP, Inc.),<br><br>Counterclaimant,<br><br>v.<br><br>Judi Fields, an individual,<br><br>Counterdefendant. | |

Mitchell Silberberg & Knupp LLP

4359752.1

1   This action was decided by Honorable Christina A. Snyder, District Judge
2   Presiding, on a Motion for Partial Summary Judgment on December 19, 2011.  The
3   evidence and issues presented having been fully considered, and a decision having
4   been duly rendered,

5   IT IS ORDERED AND ADJUDGED that:

6   (1)   judgment is entered in favor of defendant and counterclaimant T.I.
7   Media Solutions Inc. and defendant Time Inc. (collectively "Defendants") as to
8   plaintiff Judi Fields' first claim for relief;

9   (2)   the Court declines to exercise supplemental jurisdiction over Plaintiff
10  Judi Fields' remaining claims and defendant and counterclaimant T.I. Media
11  Solutions Inc.'s counterclaims; and

12  (3)   the action is dismissed without prejudice by order of the Court.

14  DATED:  January 4, 2012          _____
                                      The Honorable Christina A. Snyder
15                                    United States District Judge

Mitchell
Silberberg &
Knupp LLP
4359752.1

2